JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURA T. WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**CAL STATE LOS ANGELES 5151 UNIVERSITY DR. L.A CA 90032-8524 ASS. DIRECTOR RHODA POSEY DIRECTOR TAMIE NYUGEN, VISE PRESIDENT ANTHONY ROSS, PRESIDENT JAMES M. ROSSER,**<br><br>Defendants. | CV12-10600 ABC (PJWx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge: Audrey B. Collins<br>Courtroom: 680 (Roybal Building) |

Pursuant to the Court's ORDER GRANTING MOTION TO DISMISS, filed October 31, 2013, in which the Court dismissed all of Plaintiff's claims asserted in this action with prejudice for lack of federal subject matter jurisdiction and for failure to state a claim upon which relief can be granted, JUDGMENT is hereby entered in favor of Defendants Rhoda Posey, Tamie Nguyen, Anthony R. Ross and James M. Rosser, and against Plaintiff. Plaintiff shall take nothing, and the entire Complaint and all of Plaintiff's claims in this action are dismissed with prejudice.

DATED: November 26, 2013 _____ *Audrey B. Collins* _____

Hon. Audrey B. Collins
United States District Judge

1